# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                    Case No.:    6:15-bk-01152-ABB

**WILLIAM FRED BONHAM,**            Chapter 13

    Debtor.
_____/

## DEBTOR'S CHAPTER 13 PLAN

    The projected disposable income of the Debtor is submitted to the supervision and control of the Trustee, and the Debtors shall pay to the Trustee by *money order or cashier's check* commencing as set forth below. From the payments received, the Trustee shall retain a ten percent (10%) trustee fee on all monies disbursed. All payments will be sent to Laurie K. Weatherford, Chapter 13 Trustee, P O Box 1103, Memphis, TN 38101-1103. Debtors' payments under the Plan shall be as follows: **$2,320.00** for months 1 – 60.

**PRIORITY:** The Trustee percentage fee as set by the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount and Number(s) |
|---|---|---|
| Kevin E. Mangum, Esquire | Monitoring | $50.00, 1-60 |
| Kevin E. Mangum, Esquire | $4,000.00 | $500.00, 1-8 |

**SECURED:**

| Name of Creditor | Claim Amount | Payment Amount and Number(s) |
|---|---|---|
| Christiana Trust | $92,217.60 | $1,536.96.00, 1-60 |
| Green Tree Servicing | To be avoided | |

**SECURED ARREARAGES:**

| Name of Creditor | Claim Amount | Payment Amount and Number(s) |
|---|---|---|
| | | |

**VALUATION OF CLAIM:**

| Name of Creditor | Claim Amount | Payment Amount and Number(s) |
|---|---|---|
| N/A | | |

**CREDITORS' LIENS TO BE AVOIDED:** NONE

**CREDITORS' LIENS TO BE MEDIATED:** CHRISTIANA TRUST

**NON-DISCHARGEABLE CREDITORS:** None.

**UNSECURED CREDITORS:** Unsecured creditors whose claims have been filed and allowed shall receive a pro-rata share of all money available after payment of the above stated claims as proposed above at the Approximate Percentage: %.

**OTHER PROVISIONS:**

1. All timely payments made to the Trustee shall be deemed timely payments to each creditor listed above.

2. Any secured creditor whose claims are satisfied before discharge shall provide the Debtors with a written satisfaction of the debt, and if title is being held by the lienor, it shall be delivered to the Debtor upon payment of the claim listed herein.

3. Except as provided for in the Court's Order of Confirmation, confirmation of the Plan vests all property of the estate in the Debtor.

Date: February 24, 2014.

_____
WILLIAM FRED BONHAM, Debtor


/s/ Kevin E. Mangum
KEVIN E. MANGUM
Florida Bar Number 904260
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Phone: 407-425-9044 / Fax: 407-423-2016
kmangum@mateerharbert.com

Attorneys for Debtor

ND: 4823-9425-3858, v. 1

| PMT DATE | PAYMENT $ 2,320.00 | TRUSTEE FEES $ 232.00 | M&H FEES $ 4,000.00 | MONITORING FEES $ 50.00 | CHRISTINA TRUST $ 1,536.96 | CHRISTINA TRUST ARR. $ 79,000.00 | UNSEC $ 21,500.00 |
|---|---|---|---|---|---|---|---|
| 1  3/13/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 2  4/12/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 | PENDING | $ 1.04 |
| 3  5/12/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 | MEDIATION | $ 1.04 |
| 4  6/11/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 5  7/11/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 6  8/10/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 7  9/9/2015   | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 8  10/9/2015  | $ 2,320.00 | $ 232.00 | $ 500.00 | $ 50.00 | $ 1,536.96 |  | $ 1.04 |
| 9  11/8/2015  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 10  12/8/2015 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 11  1/7/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 12  2/6/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 13  3/7/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 14  4/6/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 15  5/6/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 16  6/5/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 17  7/5/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 18  8/4/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 19  9/3/2016  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 20  10/3/2016 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 21  11/2/2016 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 22  12/2/2016 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 23  1/1/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 24  1/31/2017 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 25  3/2/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 26  4/1/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 27  5/1/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 28  5/31/2017 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 29  7/3/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 30  8/2/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 31  9/1/2017  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 32  10/1/2017 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 33  10/31/2017| $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 34  12/3/2017 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 35  1/2/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 36  2/1/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 37  3/3/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 38  4/2/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 39  5/2/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 40  6/1/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 41  7/1/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 42  7/31/2018 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 43  9/2/2018  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 44  10/2/2018 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 45  11/1/2018 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 46  12/1/2018 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 47  12/31/2018| $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 48  1/30/2019 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 49  3/1/2019  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 50  3/31/2019 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 51  4/30/2019 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 52  6/2/2019  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 53  7/2/2019  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 54  8/1/2019  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 55  8/31/2019 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 56  9/30/2019 | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 57  10/30/2019| $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 58  11/29/2019| $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 59  12/29/2019| $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| 60  2/1/2020  | $ 2,320.00 | $ 232.00 |  | $ 50.00 | $ 1,536.96 |  | $ 501.04 |
| **TOTALS** | $ 139,200.00 | $ 13,920.00 | $ 4,000.00 | $ 3,000.00 | $ 92,217.60 | $ - | $ 26,062.40 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-01152-ABB<br>Middle District of Florida<br>Orlando<br>Tue Feb 24 09:30:59 EST 2015 | BMW Financial Services INC<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | William Fred Bonham<br>404 Laurenburg Lane<br>Ocoee, FL 34761-4794 |
| Attn: BMW Financial Services NA, LLC Departm<br>Ascension Capital Group<br>Account: XXXXX1763<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Attn: BMW Financial Services NA, LLC Departm<br>Ascension Capital Group<br>Account: XXXXX7749<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | BMW Financial Services NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 |
| Capital One<br>PO Box 4199<br>Houston, TX 77210-4199 | Christiana Trust<br>101 Convention Center Dr.<br>Las Vegas, NV 89109-2001 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Marine One<br>5000 Quorum Dr Ste 200<br>Dallas TX 75254-7405 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Total Wines<br>11325 Seven Locks Rd Ste 214<br>Potomac MD 20854-3205 | Wesmere Maintenance Assoc.<br>6972 Lake Gloria Blvd.<br>Orlando, FL 32809-3200 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Kevin E Mangum +<br>Mateer & Harbert, P.A.<br>P.O. Box 2854<br>Orlando, FL 32802-2854 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     2<br>Total                  19 |